[No. 68604-6-I. Division One. September 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN BRANDICH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02840-9, Michael J. Trickey, J., entered March 9, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Schindler and Lau, JJ.

[Nos. 68613-5-I; 68614-3-I. Division One. September 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID D. OGDEN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 10-1-09065-3, Richard D. Eadie, J., entered March 29, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Schindler and Lau, JJ.

[No. 68637-2-I. Division One. September 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER D. BARNHILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09673-2, James D. Cayce, J., entered April 12, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ.

[No. 68653-4-I. Division One. September 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. S.K., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-02353-4, Bruce W. Hilyer, J., entered March 23, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Cox, J.